# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>LOGAN FRANK BUSSA<br><br>*Defendant* | )<br>)<br>)  Case No. 3:25-mj-00707-MMS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 17 – October 25, 2024__, at or near __Municipality of Anchorage__ in the _____ District of __Alaska__, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of a Controlled Substance |
| 21 U.S.C. § 841 (a)(1), (b)(1)(A) | Possession with Intent to Distribute Controlled Substances |
| 18 U.S.C. § 922(g)(1) and 924(a)(8) | Felon in Possession of Firearms |

This criminal complaint is based on these facts:

☒ See attached affidavit.

_Phillip York_
*Complainant's signature*

Special Agent Phillip York, Federal Bureau of Investigation
*Printed name and title*

Subscribed and worn pursuant to
Fed. R. Crim. P. 4.1 and 41(d)(3).

**Telephone** _____  *(specify reliable electronic means)*

Date: __November 3, 2025__

City and state: __Anchorage, Alaska__    Hon. Matthew M. Scoble, U.S. Magistrate Judge
*Judge's signature / Printed name and title*